UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW GANTT,

                Plaintiff,

    v.

JANET RHOTON,

                Defendants.

Case No. C19-5352 RBL-TLF

ORDER TO SHOW CAUSE

In this action pursuant to 42 U.S.C. § 1983, plaintiff Matthew Gantt filed a motion for a preliminary injunction and temporary restraining order on September 26, 2019. Dkt. 28. In an order to show cause, this Court directed plaintiff to submit an affidavit to the court demonstrating how the motion for a temporary restraining order was related to the claims in plaintiff's complaint, since the motion for a TRO sought an injunction against unnamed defendants. Dkt. 29. Since then, plaintiff has submitted an amended complaint, adding new defendants and claims. Dkt. 51. Plaintiff's amended complaint does not make clear whether the new defendants are the same individuals described in the motion for a TRO. *See id.*

Furthermore, since the Court's order to show cause on this issue, the plaintiff has not submitted evidence to the Court that his situation meets the standard for a TRO. To obtain a preliminary injunction or TRO, the moving party must demonstrate: (1) he is likely to succeed on the merits; (2) he is likely to suffer irreparable harm in the absence

of preliminary relief; (3) the balance of equities tips in his favor; and (4) an injunction is in the public interest. *Winter v. Natural Res. Def. Counsil, Inc.*, 555 U.S. 7, 20 (2008); *see also Stuhlbarh Int'l Sales Co. v. John D. Brush & Co.*, 240 F.3d 832, 839 n. 7 (9th Cir. 2001). Plaintiff's motion in September alleged that he was in fear for his life due to lacking medical care for an acute injury. Dkt. 28, at 2-3. At this time, there is no evidence presented to the Court that shows any imminent injury.

Accordingly, **the Court orders plaintiff to show cause on or before March 3, 2020, why his motion for temporary restraining order or preliminary injunction (Dkt. 28) should not be denied by the Court as moot.**

Dated this 31st day of January, 2020.

Theresa L. Fricke
United States Magistrate Judge