UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MATTHEW GANTT,

        Plaintiff,

v.

JANET RHOTON,

        Defendants.

Case No. C19-5352 RJB-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and the remaining record (no objections to the Report and Recommendation were filed), does hereby find and ORDER:

    (1)   the Court adopts the Report and Recommendation (Dkt. 129),

    (2)   defendants' motions for summary judgment are GRANTED;

    (3)   plaintiff's motions for summary judgment are DENIED;

    (4)   all other pending motions are DENIED as moot, and

    (5)   This case is DISMISSED.

Dated this 6th day of October, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge