UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MATTHEW GANTT,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JANET RHOTON, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 3:19-cv-05352<br><br>ORDER REGARDING PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION |

　　　THIS MATTER comes before the Court on the Report and Recommendation (Dkt. 129) on Defendant Jonathon Slothower's and Defendant Jen Drake's Motion to Dismiss Plaintiff's Second Amended Complaint (Dkt. 89), Defendant Slothower's and Defendant Drake's Motion for Final Summary Judgment (Dkt. 111), and Defendants Rhoton, Prather, Nealis, Perez, Anderson And Concepcion Poo's FRCP 56 Motion for Summary Judgment (Dkt. 93).

　　　The Report and Recommendation recommended granting Defendants' motions for summary judgment and dismissal of Plaintiff Matthew Gantt's complaint. The Report and

ORDER REGARDING PLAINTIFF'S OBJECTIONS TO REPORT AND RECOMMENDATION - 1

1  Recommendation was noted for October 2, 2020, and as of that date Plaintiff had not filed any

2  objections.  The Court issued the Order Adopting Report and Recommendation (Dkt. 133) on

3  October 6, 2020.  Plaintiff appears to have sent objections to the Report and Recommendation on

4  or around October 5, 2020, which the Court received on October 7, 2020, and were entered on

5  October 9, 2020. Dkt. 134.  The Court should reconsider its previous order, Dkt. 133, in light of

6  Plaintiff's objections.

7        Plaintiff objects to the conclusions of the Report and Recommendation, cites relevant

8  law, and makes some conclusory fact statements.  *Id.*  Plaintiff's objections, however, neither

9  substantively challenge or change the conclusions of the Report and Recommendation, nor do

10 they change this Court's decision to adopt the Report and Recommendation.

11       Therefore, it is **ORDERED** that the Report and Recommendation (Dkt. 129) **IS**

12 **ADOPTED** and this case **IS DISMISSED**.

13       The Clerk is directed to send uncertified copies of this Order to all counsel of record and

14 to any party appearing *pro se* at said party's last known address.

15       Dated this 13th day of October, 2020.

                                      ROBERT J. BRYAN
                                      United States District Judge